# Order

Michigan Supreme Court
Lansing, Michigan

December 20, 2010

141600 & (45)

SAMUEL KATZ and SHARON KATZ,
        Plaintiffs-Appellants/
        Cross-Appellees,

v

RIVERWOOD SUBDIVISION HOMEOWNERS
ASSOCIATION, FREDERICK KALT, DENISE
S. KALT, NICHOLAS CALLIS, TERRY
SIMMONS, RICHARD L. LEVIN, KAREN L.
LEVIN, PATRICK K. WATT, CAROL W.
TRAUGOTT, PEGGY J. OLSEN, JOCELYN A.
GLASS, DR. NELSON PONT, NORMA PONT,
EDWARD W. POLLAK, FIONA SZENGER-
LEE, SUSAN PETROS, JANE SHOEMAKER
FRENCH, MARGARET SHOEMAKER
TIBBETTS, NORMAN F. MEYERS, SHIRLEY
JANE MEYERS, JAN P. RICHTER, KRISTEN
RICHTER, JULIAN LEFKOWITZ, RUTH
LEFKOWITZ, MICHAEL B. HOYT, STEVEN
ROSEN, STEPHANIE ROSEN, STEVEN W.
SAMOSIUK, LILA JEANNE SAMOSIUK,
MICHAEL L. HEISEL, JULIA A. HEISEL,
HOWARD S. BROWN, LISA N. BROWN,
SCOTT STERN, LISA STERN, HARRIET
SKLAR, DR. MANUEL SKLAR, ARTHUR S.
MARDIGAN, ROSALIE MARDIGAN, JOSEPH
SHULMAN, BAYLEE SHULMAN, RAINER
HOEFS, GABRIELLE TILLIE-HOEFS, ROBERT
HUNTER MCDONALD, CHRISTINE H.
MCDONALD, WARREN A. SESSING, ROBERT
G. LEVY, and KERMIT K. LACKEY,
        Defendants-Appellees/
        Cross-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141600
COA: 288624
Oakland CC: 2007-087573-CZ

On order of the Court, the application for leave to appeal the July 6, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010

_____
Clerk

d1213